# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00830-CV

**In re The Barton Creek North Property Owners Association, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the opposed emergency motion to stay proceedings is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed: October 30, 2025